

**Signed and Filed: March 31, 2010**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
) No. 10-30879DM
PORFERIO EBORLAS, )
)
Debtor. ) Chapter 13
_____)

ORDER GRANTING OF TIME TO FILE SCHEDULES

On March 30, 2010, Porferio Eborlas ("Debtor") filed a motion to extend time to file his schedules and other documents required by 11 U.S.C. § 521. It is hereby

ORDERED that Debtor is granted an extension until April 12, 2010, to file the requisite documents.

**END OF ORDER**

-1-

```
 1                       COURT SERVICE LIST
 2  Porferio Eborlas
    546 Munich St.
 3  San Francisco, CA 94112
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Case: 10-30879    Doc# 8    Filed: 03/31/10    Entered: 04/02/10 13:03:41    Page 2 of 2